USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In the Matter of

BEST PAYPHONES, INC.,

        Debtor.
-----------------------------------------------------------------X
BEST PAYPHONES, INC.,

        Appellant,

  -against-

MANHATTAN TELECOMMUNICATIONS
CORP.,

        Respondent.
-----------------------------------------------------------------X

08 CV 07339 (PGG)
ECF Case

STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, that, subject to the approval of the Court:

1. The time for Best Payphones, Inc. to serve and file its opening brief in connection with this appeal is extended to and including September 26, 2008. Best agrees that it will not seek an extension of this date, barring extraordinary circumstances.

2. The time for Manhattan Telecommunications Corp. to serve and file its opposition brief in connection with this appeal is extended to and including October 21, 2008.

3. The time for Best Payphones, Inc. to serve and file its reply brief in connection with this appeal is extended to and including November 7, 2008.

4. Notwithstanding Local Civil Rule 7.1(b), the length of each parties'

opening brief shall be up to 35 pages.

Dated: August 22, 2008

| | |
|---|---|
| DAVID BOLTON, P.C. | DUANE MORRIS, LLP |
| By: /s/ | By: /s/ Fran M. Jacobs |
| David Bolton, Esq. (DB 3826) | Fran M. Jacobs, Esq. (FJ 0892) |
| 666 Old Country Road, Suite 509 | 1540 Broadway |
| Garden City New York 11530 | New York, New York 10036 |
| (516) 222-0600 | (212) 692-1060 |
| Attorney for Appellant | Attorneys for Respondent |

SO ORDERED:

/s/ Paul A. Gardephe
U.S.D.J.

2